GRIFFITH OIL COMPANY, INC., et al., Respondents, v NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Ap-
pellant, et al., Defendants.

Submitted August 9, 2010; decided August 26, 2010

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.